Christopher C. Hoffman, SBN 176334
*choffman@laborlawyers.com*
Megan C. Winter, SBN 241429
*mwinter@laborlawyers.com*
FISHER & PHILLIPS LLP
4747 Executive Drive
Suite 1000
San Diego, CA 92121-3095
Telephone: (858) 597-9600
Facsimile: (858) 597-9601

WARGO & FRENCH LLP
Michael D. Kabat, *Pro Hac Vice*
*mkabat@wargofrench.com*
Joseph W. Ozmer, *Pro Hac Vice*
*jozmer@wargofrench.com*
J. Scott Carr (SBN 136706)
*scarr@wargofrench.com*
1170 Peachtree St. NE – Suite 2020
Atlanta, GA 30309
Telephone: (404) 853-1500
Facsimile: (404) 853-1501

Attorneys for Defendant
TIME WARNER CABLE INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SUSAN J. PEABODY, | **CASE NO.: CV 09-6485-AG (RNBx)** |
| Plaintiff, | |
| vs. | **DECLARATION OF BARRY FELDSTEIN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| TIME WARNER CABLE, INC.; and DOES 1 through 100, inclusive, | |
| Defendants. | **Date: September 13, 2010**<br>**Time: 10:00 a.m.**<br>**Place: Courtroom 10D** |
| | Class Action Fairness Act |
| | Action Filed: July 31, 2009 |

## <u>DECLARATION OF BARRY FELDSTEIN</u>

I, Barry Feldstein, hereby declare and state as follows:

1.      I am employed by Time Warner Entertainment Company, L.P. ("TWE") as the Vice President of Finance for Media Sales.  I have personal knowledge of the matters set forth herein.  Upon being called and sworn as a witness, I could and would competently testify to all matters set forth herein.

2.      I have been the Vice President of Finance for Media Sales since July 16, 2006.  Prior to holding that title, I was the Vice President of Media Sales for Comcast. As a cable television company, TWE is in business primarily for the purpose of selling and providing communications service.

3.      My duties and responsibilities as the Vice President of Finance for Media Sales include oversight of all financial transactions, internal controls, budget management and all expenditures.   Specifically, I have personal knowledge of all matters relating to commission plans and the payment of compensation to Media Sales Account Executives employed by TWE, including Plaintiff Susan Peabody.

4.      Plaintiff was an Account Executive in TWE's Media Sales Department.   As an Account Executive, Plaintiff was responsible for selling advertising on TWE's cable network.

5.      As a result of my duties and responsibilities as the Vice President of Finance, I have personal knowledge of the Time Warner Cable Media Sales 2008 Account Executive Individual Compensation Plan (the "2008 Plan"). Specifically, I have personal knowledge of the 2008 Plan as it applied to Plaintiff. Under the 2008 Plan, TWE set an annual revenue goal from the sale of advertising by Susan Peabody of $370,000.  Her target compensation for 2008 was $75,000 per year, her base salary was $20,000 per year and her target commissions were $55,000 per year.  A true and correct copy of Plaintiff's 2008 Plan is attached hereto as Exhibit A.

6.     TWE paid commissions to Plaintiff based on a certain percentage of revenue generated by her sales.   Under the 2008 Plan, Time Warner had implemented what we refer to as an accelerator/decelerator on commissions.  This Plan provided that the higher the percentage of budgeted revenue achieved by an account executive, the higher the commission rate.  For example, if an account executive achieved 100% of his/her budgeted revenue for a particular month, the commission rate was 14.86%.  If the account executive reached only 50% of the monthly budgeted revenue, the commission rate was 11.15%.  If the account executive reached 110% of the monthly budgeted revenue, the commission rate would have been 16.35% percent.  Plaintiff's target commission percentage under the 2008 Plan was 14.86%.

7.     During the latter half of 2008 and early 2009, TWE projected that revenue from advertising sales would decrease in 2009.   Accordingly, TWE examined the possibility of changing the 2008 Plan to remove the accelerator/decelerator portion because TWE was concerned that more account executives would be subject to the decelerator based on the projected downturn in revenue in 2009.  As it turns out, revenue from advertising sales decreased by approximately 30% in 2009 compared to 2008.   By eliminating the accelerator/decelerator and moving to a fixed commission rate, TWE hoped that it could lessen the impact of the downturn in revenue on account executive compensation in 2009.

8.     Accordingly, effective March 1, 2009, TWE implemented a new compensation plan, the Media Sales 2009 AE Compensation Plan (the "2009 Plan").   Under this Plan, account executives were paid a flat commission rate. TWE also introduced a quarterly bonus component to account executive compensation.  Quarterly bonuses could have amounted to as much as 10% of an Account Executive's 2009 target compensation.

9.     As a result of my duties and responsibilities as Vice President of

Finance, I have personal knowledge of the 2009 Plan for Plaintiff Susan Peabody. Under the 2009 Plan, Plaintiff was paid a flat commission rate of 9.6% on her sales of advertising. Her target compensation for 2009 was $79,000 per year, $4,000 per year more than her target compensation for 2008. Her base salary remained the same at $20,000 per year. Her target commission was $51,000 per year. She also would have been entitled to as much as $7,900 per year in bonus income if she achieved certain objectives under the Bonus Plan, objectives that were not tied to actual revenue generated by her from advertising sales. TWE projected Plaintiff would make $51,100 in commissions by hitting her numbers in 2009. A true and correct copy of Plaintiff's 2009 Plan is attached hereto as Exhibit B.

10.   The method by which TWE paid commissions was the same under both the 2008 Plan and the 2009 Plan. An account executive earned a commission only upon the occurrence of three events: (1) procurement of the order; (2) broadcast of the advertising; and (3) collection of the revenue from the client. When TWE implemented the 2009 Plan, Plaintiff also signed the Sales Incentive Plan for Media Sales Account Executives ("Sales Incentive Plan") that describes when Account Executives would have earned commissions in 2009. A true and correct copy of the Sales Incentive Plan is attached hereto as Exhibit C.

11.   Under both plans, the amount of the commission was based on a percentage of the revenue generated by the sales of advertising. In addition, pursuant to both plans, TWE paid commissions after advertising aired as explained below.

12.   TWE operates on a broadcast calendar, which is different than a regular calendar. The difference is that with the broadcast calendar, each month is either exactly four (4) weeks or exactly five (5) weeks, depending on the month. Attached hereto as Exhibit D is a true and correct copy of a document that shows TWE's 2008, 2009 and 2010 broadcast calendars. For example, the December

2008 broadcast month was exactly four (4) weeks and ran from December 1 through 28, 2008. The January 2009 broadcast month was exactly four (4) weeks and ran from December 29, 2008 through January 25, 2009. The November 2008 broadcast month, however, was exactly five (5) weeks and ran from October 27 through November 30, 2008. Pursuant to the 2008 and 2009 plans, TWE paid commissions in the month following the month in which the commissionable advertising aired.

13.    Under both the 2008 and 2009 Plans, TWE paid commissions to account executives based on the broadcast of advertising during a broadcast month. For example, if an advertising spot aired on December 14, 2008, TWE would have paid the commission on that advertising to the responsible account executive in the following month, January 2009. Therefore, the commissions paid to an account executive in January 2009 would have been based on a percentage of all revenue generated by advertising aired from December 1 through December 28, 2008, the broadcast calendar for December 2008. Similarly, if advertising aired on December 29, 2008, the commission would have been considered for the January 2009 broadcast month and would not have been paid until February 2009.

14.    I understand that TWE did not pay Plaintiff the April or May 2009 commissions at the time of her resignation and instead paid them in accordance with the provisions of the applicable compensation Plans.

15.    Neither the April nor May commission payments could have been calculated at the time of Plaintiff's resignation because they could have been subject to chargebacks from previous broadcast months pursuant to the compensation plans.

16.    Each Plan contains a provision that commission payments are subject to chargebacks if a customer for which an Account Executive has been paid a commission does not pay its invoice within 120 days. Thus, Plaintiff's February and March 2009 commissions were still subject to chargebacks at the time of her

1  resignation in the middle of May 2009, and these chargebacks could have been

2  applied to either the April or May 2009 commissions.  Accordingly, TWE did not

3  pay at resignation (and instead paid in accordance with the provisions of the

4  Plans) because the exact amount of the commissions could not have been

5  reasonably ascertained until the expiration of the period for TWE's clients to pay.

6      I declare under penalty of perjury under the laws of the United States of

7  America that the foregoing is true and correct.

9  Executed this 19 day of July, 2010, at Los Angeles, California.

12  BARRY FELDSTEIN

17  641057_1

# EXHIBIT A

Time Warner Cable Media Sales
2008 Account Executive Individual Compensation Plan

**EMPLOYEE NAME:**

**TITLE:**

**MARKET:**

**OFFICE:**

**SUPERVISOR:**

**TITLE:**

**2007 GOALS AND PROJECTED BILLING:**
| | |
|---|---|
| 2007 Billing Goal / Budget | |
| 2007 Projected / Actual Billing | |
| Projected Actual % of Goal | #DIV/0! |
| 2007 Target Income | |
| 2007 Base Salary | |
| 2007 Target Commission Income | $ |
| Target Income Commission Rate | #DIV/0! |
| 2007 Compensation at target billing rate | #DIV/0! |

**2008 GOALS AND TARGET INCOME:**
| | |
|---|---|
| 2008 Annual Billing Budget | |
| 2008 Growth over 2007 Actual | #DIV/0! |
| 2008 Total Target Income | |
| 2008 Annual Base Salary | |
| 2008 Annual Target Commission Income | $ 65,000 |
| 2008 Target Income Commission Rate | 14.60% |

**SLIDING SCALE COMMISSION RATE ACCELERATOR ("CRA") RATIOS**
Target Income Commission Rate (paid if monthly billing is at 100% of goal)  | 14.66% |

| % of Budget | | Commission |
|---|---|---|
| As of under 70% | 70% | 11.16% |
| 70% | 70% | 11.30% |
| 77% | 77% | 11.45% |
| 78% | 78% | 11.48% |
| 79% | 79% | 11.74% |
| 80% | 80% | 11.98% |
| 81% | 81% | 12.04% |
| 82% | 82% | 12.16% |
| 83% | 83% | 12.24% |
| 84% | 84% | 12.43% |
| 85% | 85% | 12.54% |
| 86% | 86% | 12.10% |
| 87% | 87% | 12.92% |
| 88% | 88% | 13.13% |
| 89% | 89% | 13.25% |
| 90% | 90% | 13.33% |
| 91% | 91% | 13.54% |
| 92% | 92% | 13.66% |
| 93% | 93% | 13.88% |
| 94% | 94% | 13.92% |
| 95% | 95% | 14.14% |
| 96% | 96% | 14.27% |
| 97% | 97% | 14.43% |
| 98% | 98% | 14.87% |
| 99% | 99% | 14.74% |
| At 100% of budget | 100% | 14.86% |
| 101% | 101% | 15.10% |
| 102% | 102% | 15.10% |
| 103% | 103% | 15.10% |
| 104% | 104% | 15.01% |
| 105% | 105% | 15.01% |
| 106% | 106% | 15.70% |
| 107% | 107% | 16.01% |
| 108% | 108% | 16.05% |
| 109% | 109% | 16.20% |
| 110% | 110% | 16.23% |
| 111% | 111% | 16.50% |
| 112% | 112% | 16.55% |
| 113% | 113% | 16.50% |
| 114% | 114% | 16.65% |
| 115% | 115% | 16.55% |
| 116% | 116% | 17.26% |
| 117% | 117% | 17.35% |
| 118% | 118% | 17.61% |
| 119% | 119% | 17.46% |
| 120% | 120% | 17.01% |
| 121% | 121% | 17.00% |
| 122% | 122% | 18.16% |
| 123% | 123% | 18.28% |
| 124% | 124% | 18.49% |
| As of over 124% | 125% | 18.69% |

This Account Executive individual compensation plan does not constitute an express or implied contract of employment or other legally enforceable promise between the company and any employee, and may not be relied upon as such. Just as any employee has the right to terminate employment with the Company, the Company reserves the right to terminate any employment relationship at any time for any reason. Nothing stated herein shall be construed as implying or altering any such right of employee or the Company for any way. Notwithstanding anything in this contract set forth herein or otherwise, the Company may at any time set commissions and revenue the right to manage and reconcile at any time and from time to time in its sole discretion. The Company also reserves the right to balance or otherwise to individual Account Executive billing goals during the course of the year as circumstances warrant. Nothing set forth herein or otherwise shall be construed as a guarantee of any compensation or a limitation of the Company's contractual rights at any such compensation or the mutual by which the concerns.

Employee Signature _____ Date 7-3-08

Manager Signature _____ Date 7-3-08

Director/VP Signature _____ Date 7-3-08

DEFENDANT'S
EXHIBIT
ALL-STATE LEGAL

P 00001


Media Sales

## Time Warner Cable Media Sales
### Los Angeles Region
#### Account Executive Compensation Plan

Effective 1/28/07, Account Executives (AE) will be advanced commissions monthly, based on the following components. This compensation plan is based on billing form net revenue earned during the prior broadcast month. Commissionable advertising revenue includes direct, agency, paid programming, approved local political, and production*. Advertising trade-outs are non-commissionable and trade totals WILL NOT count towards monthly revenue attainment. Commissions earned are generally payable on the last regular pay date of the following month. The finance department will send out a commission payment schedule that will detail the exact commission payment date.

As a new AE to Time Warner Cable Media Sales, your commission will be guaranteed for the first 3 months of employment to enable you to develop a business base of revenue to parallel your 2008 monthly budget and targeted monthly commission. Note: Your first month's guaranteed commission will be pro-rated by the number of broadcast weeks in your first month of employment with the company. In the event that you elect to come off the guarantee, you will be off the guarantee for all following months. If your billing requires after the first 90 days of your initial guarantee to be extended another 3 months, it will be considered by management upon successful evaluation of your performance and effort during the initial 90 probation period of which the first 3 months of commission were guaranteed.

In the event that an account, which has been commissioned, is subsequently not collected within 120 days of invoicing, the AE will have the commissioned amount charged back at the same rate at which it was originally paid. If an account, which has been charged back is subsequently collected by the AE or corporate collections within the next 30 days (within 150 days of invoicing), the AE will be re-commissioned at 75% of the original commission rate.

Non-collected accounts over 180 days delinquent will not be re-commissioned upon collection. If the account is turned over to an outside collection agency, no commission will be paid back on monies recovered by the agency regardless of timing.

Upon termination or resignation, commissions will be considered earned and payable on all revenue billed through the last day of employment. The commission plan outlined above is subject to review or change at any time in accordance with company policy. All agency and/or advertiser assignments are subject to change at the sole discretion of TWCMS.

I have read and understand the compensation plan in its entirety and agree to all terms and conditions.

Employee Signature _____ Date 7-3-08

Manager Signature _____ Date 7-3-08

VP/GM or VP Signature _____ Date 7-3-08

REMARKS: _____

_____

_____

_____

_____

This Account Executive Individual Compensation Plan does not constitute an express or implied contract of employment or other legally enforceable promise between the Company and any employee and may not be relied upon as such. Notwithstanding anything to the contrary set forth herein or elsewhere, the Company reserves all advertising accounts and reserves the right to reassign such accounts at any time and from time to time in its sole discretion. The Company also reserves the right to increase or decrease individual Account Executive billing goals during the course of the year as circumstances warrant. Nothing set forth herein or otherwise shall be construed as a guarantee of any compensation or a limitation of the Company's continued right to alter or revise such compensation or the method by which it is calculated.

*Commercial (:30 second, :60 second, and long format) production projects will earn commission for the billing cycle when production is complete. Commission may only be earned on TWC production charges (not on outside talent, props, equipment, or editing.)

Rev. 12/07

P 00002

000003

# EXHIBIT B

*SP*


TIME WARNER CABLE
Media Sales

## 2009 AE Compensation Plan

| NAME: | TITLE: | OFFICE: |
|---|---|---|
| Sue Peabody | Acct Exec | West LA |
| REGION: | | |
| West LA | | |
| MARKET / DIVISION: | SUPERVISOR: | SUPERVISORS TITLE |
| Los Angeles | Maddie Clark | LSM |

10% of total AE compensation is delivered annually in quarterly bonuses (the number shown below is an annualized figure, split over all four quarters)

| TARGET BUDGET | Target Total Compensation | Base Salary |
|---|---|---|
| $1,635,000.00 | $79,000.00 | $20,000.00 |
| Calculated Commission Rate: | 9.6% | (does not include bonus) |

| Annual Compensation | | | |
|---|---|---|---|
| 100.00% | Target | $79,000 | |
| 25.32% | Salary | $20,000 | |
| 64.66% | Target Commission (annualized) | $51,100 | No accel / decel |
| 10.00% | Quarterly Bonus | $7,000 | Tied to MBOs |

### 2009 Management Objectives

Each AE should have up to four MBOs set, and these may be selected from the list in the accompanying documentation (or LSM may use one additional MBO at their discretion, or as is attached for further detail and Quarterly Goal).

Enter goals associated with Advanced Advertising, New Business, News Channel Budgets, Number of Active Accounts, or other relevant MBOs (but select no more than four MBOs for any quarter).

See accompanying documentation for more guidance

Quarterly Bonus example: If the amount shown above in Row 32, for the annualized quarterly bonus is $8,000, then the employee could receive up to $2,000 per quarter. If two MBOs are selected, each is worth $1,000 per quarter. If four are selected, each is worth $500 per quarter towards the total quarterly bonus.

| APPROVED: | | 3/3/09 | | RVP | Date |
|---|---|---|---|---|---|
| General Manager | | Date | | | |
| ACCEPTED BY: | | 3-3-09 | | | |
| Sue Peabody | | Date | | | |

3-3-05


DEFENDANT'S
EXHIBIT
2

2009 AE Comp Plan_West_West LA_Clark.xls/2/26/2009

**000005**

**MEDIA SALES** 

# Time Warner Cable Media Sales
# West Region

### Account Executive
### Addendum 2009 Compensation Plan

Account Executives (AE) will be advanced commissions monthly, based on the following components. This compensation plan is based on billing from net revenue earned during the prior broadcast month. Commissionable advertising revenue includes direct, agency, paid programming, approved local political, and production*. Advertising trade-outs are non-commissionable and trade totals WILL NOT count towards monthly revenue attainment. Commissions earned are generally payable on the last regular pay date of the following month. The finance department will send out a commission payment schedule that will detail the exact commission payment date.

As a new AE to Time Warner Cable Media Sales, your commission will be guaranteed for the first 3 months of employment to enable you to develop a business base of revenue to parallel your monthly budget and targeted monthly commission. Note: Your first month's guaranteed commission will be pro-rated by the number of broadcast weeks in your first month of employment with the company. In the advent that you elect to come off the guarantee, you will be off the guarantee for all following months. If your billing requires after the first 90 days of your initial guarantee to be extended another 3 months, it will be considered by management upon successful evaluation of your performance and effort during the initial 90 period of which the first 3 months of commission were guaranteed.

In the event that an account, which has been advanced commissioned, is subsequently not collected within 120 days of invoicing, the AE will have the advanced commissioned amount charged back at the same rate at which it was originally paid. If an account, which has been charged back is subsequently collected by the AE or corporate collections within the next 30 days (within 150 days of invoicing), the AE will be re-commissioned at 75% of the original commission rate. Non-collected accounts over 150 days delinquent will not be re-commissioned upon collection. If the account is turned over to an outside collection agency, no commission will be paid back on monies recovered by the agency regardless of timing.

Upon termination or resignation, commissions will be considered earned and payable on all revenue aired through the last day of employment. The commission plan outlined above is subject to review and/or change at any time in accordance with company policy. All agency and/or advertiser assignments are subject to change at the sole discretion of TWCMS.

I have read and understand the compensation plan in its entirety and agree to all terms and conditions.

Account Executive: _____    3-3-09
Date

Local Sales Manager _____    3-3-05
Date

COPY

000006

# EXHIBIT C

000007



CABLE

# Incentive Plan
## Media Sales
## Account Executive



DEFENDANT'S
EXHIBIT

ALL-STATE LEGAL®

3

### Time Warner Cable
### Sales Incentive Plan
### Media Sales Account Executive

**OBJECTIVE**
The purpose of the Media Sales Account Executive Plan (The Plan) is to provide incentive compensation for obtaining stated monthly budget (quota) for selling TV advertising, and for meeting quarterly objectives.

**ELIGIBILITY**
The position eligible for this plan is Media Sales Account Executive. Account Executives are accountable for negotiating and closing sales on media revenue, and for other responsibilities as set forth.

**PLAN PERIOD**
The Plan is effective March 1, 2009 and will remain in effect until a revision of the plan is approved and communicated by Time Warner Cable Management.

**PLAN COMPONENTS**
Total target compensation is based on market data and a pay mix of base salary and variable compensation incentives. Participation in the Plan precludes participation in the Time Warner Cable Incentive Plan (TWCIP) or other annual incentive plans.

Base Pay:
A base pay will be earned in addition to commissions.

Variable Compensation:
Variable compensation is paid as commissions, and as quarterly bonuses.

**PERFORMANCE MEASURES AND PLAN MECHANICS**
Account Executives may earn both Commissions and Quarterly bonuses as incentive pay.

Commissions: AEs are responsible for producing revenue for the Company from customers. There are three parts to "Earning Commissions" and a commission is not earned until all three are completed as follows: 1.) Procurement of Orders: The first stage in producing revenue is to obtain orders for TWC Media Sales products. Orders alone are not revenue however; 2.) Broadcast of the Advertising: The nature of the television advertising business makes it necessary to frequently service advertisers after they have placed an order for advertising time; and 3.) Account Maintenance / Follow up activities and Collections: AEs are responsible for maintaining working relationships with customers to ensure that invoices are paid when due, and ultimately that business is repeated. This third step -- of making sure that invoices are paid -- is just as critical as the first two, and the AE will not earn the commission until this step is also completed.

Quarterly Bonuses: AEs have 10% of their annual target income set in quarterly bonuses; this equates to 2.5% of the total annual target income in each quarter. For instance, an AE with a $50,000 annual target income could earn up to $5,000 each year in quarterly bonuses (or, $1,250 per quarter). Up to four quarterly objectives may be set by the Sales Manager; typical objectives will involve New Business, Advanced Advertising, News Channel budget achievement if applicable, and / or numbers of active accounts.

**PAYOUT FREQUENCY**
Commissions are paid as soon as administratively possible after they are earned. Payment timing follows consistent practices within each region pursuant to state and local laws.

**ACCOUNT / COMMISSION CHANGES**
The company owns all advertising accounts and reserves the right to reassign such accounts at any time in its sole discretion. The company also reserves the right to increase or decrease individual Account Executive billing goals during the course of the year as circumstances warrant.

Confidential

## EARNED COMMISSIONS

A Commission is earned when payment is received from a customer following the procurement of orders for Time Warner products, the broadcast of the advertising schedule, and after an AE has successfully performed all other functions associated with the placement of the ad schedule with the account. This includes but is not limited to account management and the responsibilities above. Revenue budget and billings numbers are net of any agency or other third party fees and are subject to cash collections. Account Executives will be charged back for uncollected or adjusted amounts in accordance with the region's commission chargeback policy.

Commissions are based on assigned budgets (quotas) which are subject to change by TWC Management (Management) as business climate and customer demands change. Each AE will have a target budget and target commission rate set by Management; this target is shown in Appendix A. The target commission rate will not vary in 2009 with volume (accelerate or decelerate).

Time Warner will pay monthly commission advances to AEs in an effort to provide AEs with quicker cash flow. Please note that advances are not earnings but are advances on anticipated future customer payments - with the associated commission earnings. Unearned commissions associated with customer non-payment (which have been previously advanced to an AE) will be credited against the AE's future commissions if customer payment is not received within the timeframe set forth in by the Region's policy.

## PERFORMANCE STANDARDS

Time Warner Cable Media Sales has identified Performance Standards for Account Executives; these are defined in a separate document. Each region may at its discretion add its own Regional Standards; these documents are an attempt to clarify expectations around the duties of the AE and do not replace or supersede the AE Job Description.

## EMPLOYMENT STATUS

Nothing in this Plan shall change the normal employee/employer relationship or be interpreted as a guarantee or contract of continued employment. The payment of incentive compensation awards shall not be construed as an indication that overall job performance is satisfactory.

## COMMUNICATION

The Plan may be reviewed annually or more frequently based on business climate. Management may decide to modify or discontinue the plan at any time; however, the decision to terminate the Plan will not affect the payment of earned commissions.

## TAXES AND INCENTIVES

Incentives are considered taxable compensation. As such, taxes are required to be withheld at the maximum flat tax rate for federal and state taxes. FICA taxes will be withheld. Payments under this plan are considered eligible compensation for purposes of the TWC Pension Plan and The TWC Savings Plan.

## TERMS AND CONDITIONS

This Plan does not constitute an express or implied contract of employment or other legally enforceable promise between the Company and any employee and may not be relied upon as such. Just as any employee has the right to terminate employment with the Company, the Company reserves the right to terminate any employment relationship at any time, for any reason, not prohibited by applicable law. Nothing stated herein shall be construed as impairing or altering any such rights of employees or the Company in any way.

The Company owns all advertising accounts and reserves the right to reassign such accounts at any time at its sole discretion. The Company also reserves the right to increase or decrease individual Account Executive billing goals during the course of the year as business circumstances warrant.

Nothing set forth herein or otherwise shall be construed as a guarantee of any compensation or a limitation of the Company's continued right to alter or reset such compensation or the method by which it is calculated

Any manipulation or purposeful false representation of completed orders, appointments, or other objectives may result in disciplinary action up to and including immediate employment termination.

Trade Confidential

**Time Warner Cable**
**Sales Incentive Plan**
**Media Sales Account Executive**

Please acknowledge your review and acceptance of the above plan by signing below:

_____          3·3-09
Account Executive:                        Date

_____          3-3-0 9
Local Sales Manager                       Date

_____          3/5/09
General Manager                           Date

Appendix A
(Attach Excel File: "2009 AE Compensation Plan Template")

*Time Warner Cable – Confidential*

S-E PERRY

# EXHIBIT D

000012