1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN J. PEABODY,<br><br>               Plaintiff,<br><br>vs.<br><br>TIME WARNER CABLE, INC.; and DOES 1 through 100, inclusive,<br><br>               Defendants. | **CASE NO.: CV 09-6485-AG (RNBx)**<br><br>**CLASS ACTION**<br><br><br><br>**JUDGMENT** |

     This action came on for hearing before the Court on November 1, 2010, the Honorable Andrew J. Guilford, District Judge, presiding, on the motion of Defendant Time Warner Cable Inc. ("Defendant") for summary judgment.

     The evidence presented having been fully considered, the issues having been heard and a decision having been rendered granting the motion, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Susan J. Peabody ("Plaintiff") take

1  nothing, that judgment on the merits is hereby entered in favor of Defendant and
2  against Plaintiff, and that Plaintiff's Complaint is dismissed with prejudice for the
3  reasons set forth in the Court's Order Granting Defendant's Motion for Summary
4  Judgment (Docket Entry No. 35).

6        This <u>9th</u> day of November, 2010.

                                          Hon. Andrew J. Guilford
                                          United States District Judge

1  Respectfully submitted,

2

3

  DATED: November 3, 2010            WARGO & FRENCH LLP

4

5                                    By_____/s/   J. Scott Carr_____
                                     Michael D. Kabat
6                                         *Pro Hac Vice*
                                     Joseph W. Ozmer
7                                         *Pro Hac Vice*
                                     J. Scott Carr
8                                    Attorneys for Defendant