**FILED**

UNITED STATES COURT OF APPEALS

JUN 08 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| SUSAN J. PEABODY, | No. 10-56846 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 2:09-cv-06485-AG-RNB |
| v. | Central District of California, Los Angeles |
| TIME WARNER CABLE, INC., | |
| Defendant - Appellee. | ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN -8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

The appellant's late opposed motion for an extension of time in which to file the opening brief is granted. The opening brief is due June 22, 2011. The answering brief is due July 22, 2011. The optional reply brief is due within 14 days after service of the answering brief.

The appellee's cross-motion to dismiss for failure to prosecute is denied. The appellee is reminded that a response that seeks affirmative relief should include that relief in the motion's title. Fed. R. App. P. 27(a)(3)(B).

tah/6.6.11/Pro Mo